IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE ASSOCIATION PURPORTEDLY DOING BUSINESS AS THE SHINGLE SPRINGS BAND OF MIWOK INDIANS, et al.,<br><br>        Defendants.<br>_____/ | Case No. 2:12-cv-0548 JAM DAD PS<br><br><br><br><br>ORDER |

        On February 21, 2013, the assigned District Judge referred this matter to the undersigned pursuant to Local Rule 302(c)(21) because all defendants were proceeding pro se at that time. (Doc. No. 40.) On June 17, 2013, however, Keith Oliver, Esq. filed a notice of appearance on behalf of defendant Linda Blackwell as well as an answer to plaintiff's amended complaint. (Doc. Nos. 51 & 52.)

        Because defendant Blackwell is now represented by counsel and all defendants are no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery

1   motions, should now be noticed for hearing before the District Judge assigned to this action.  The
2   assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-
3   (20).
4               Accordingly, IT IS HEREBY ORDERED that:
5               1.  This matter is referred back to the District Judge assigned to this action
6   pursuant to Local Rule 302(c)(21);
7               2.  All dates pending before the undersigned are vacated; and
8               3.  Henceforth the caption on documents filed in this action shall be
9   No. 2:12-cv-0548 JAM DAD with the "PS" designation being eliminated.[1]
10              IT IS SO ORDERED.
11  DATED: June 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\shinglesprings0548.referback

---

[1]  As opposed to the prior caption, No. 2:12-cv-0548 JAM DAD PS.

2