PAULA M. YOST (Bar No. 156843)
IAN R. BARKER (Bar No. 240223)
SARA DUTSCHKE SETSHWAELO (Bar No. 244848)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300

Attorneys for Plaintiff
SHINGLE SPRINGS BAND OF MIWOK INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHINGLE SPRINGS BAND OF MIWOK INDIANS, a federally recognized sovereign Indian tribe,<br><br>   Plaintiff,<br><br>   v.<br><br>THE ASSOCIATION PURPORTEDLY DOING BUSINESS AS THE SHINGLE SPRINGS BAND OF MIWOK INDIANS, an unincorporated association, et al.,,<br><br>   Defendants. | Case No. 2:12-CV-00548-JAM-DAD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[F.R.C.P. 41(a)(2)]**<br><br>Date:   January 14, 2015<br>Time:   9:30<br>Courtroom: 6<br><br>Judge:   Hon. John A. Mendez |

Upon review and consideration of Plaintiff Shingle Springs Band of Miwok Indians' ("Tribe") Motion for Voluntary Dismissal Without Prejudice ("Motion"); all papers filed in support of, and in opposition to, the Tribe's motion; statements and oral argument; the court file in the above-captioned case; and other good cause appearing therefor:

The Court finds that the Defendants in the above-captioned action will not be prejudiced by dismissal of the above-captioned action at this time.

/ / /

/ / /

/ / /

1   Accordingly, the Court hereby GRANTS Plaintiff's Motion, and dismisses the above-
2 captioned action, WITHOUT PREJUDICE.
3   IT IS SO ORDERED.

5 Dated: 1/16/2015

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

83228168

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL